**No. 67194.**—C. J. Tower & Sons of Buffalo, Inc. v. United States, protests 59/12288, etc. (Buffalo).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of boiled wool fiber similar in all material respects to that the subject of *C. J. Tower & Sons of Niagara, Inc.* v. *United States* (48 Cust. Ct. 107, C.D. 2320), the claim of the plaintiff was sustained.